

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BUILDING DYNAMICS & DESIGN LLC and CURTIS BULLOCH, | § | No. 08-24-00369-CV |
| | § | Appeal from the |
| Appellants, | § | 201st District Court |
| v. | § | of Travis County, Texas |
| TOORAK CAPITAL PARTNERS, LLC; SITUS ASSET | § | (TC# D-1-GN-22-000036) |
| MANAGEMENT, LLC; TRAVIS COUNTY EXCHANGE | § | |
| CORPORATION; REVERSE ENTRY-FORWARD EXIT, LLC; | § | |
| AND RE4S, LLC, | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of April 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.